**Order filed March 30, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00145-CV
_____

### BAYLOR COLLEGE OF MEDICINE, Appellant

### V.

### XL INSURANCE AMERICA, INC. AND ACE AMERICAN INSURANCE COMPANY, Appellee

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-53316-A**

## O R D E R

The clerk's record was filed March 9, 2022. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Order granting defendant's XL Insurance America, Inc. and Ace American Insurance Company's unopposed motion to sever signed on February 20, 2022.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **April 11, 2022**, containing Order granting defendant's XL Insurance America, Inc. and Ace American Insurance Company's unopposed motion to sever signed on February 20, 2022.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Wise, Poissant, Wilson.